UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ELSY MELENDEZ ROBLES** | **CASE NO.  6:25-CV-02009 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **PAMELA BONDI ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Presently before the Court is the Petitioner's Motion to Expedite [ECF No. 3] filed by Elsy Melendez Robles. The Court believes that a status conference on the matter is necessary. Accordingly,

IT IS ORDERED THAT  a status conference will be held via Zoom on Tuesday, December 16, 2025 at 10:00 a.m. Counsel will be sent a separate Zoom invitation via email.

THUS DONE in Chambers on this 12th day of December, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE