UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ELSY MELENDEZ ROBLES** | **CASE NO. 6:25-CV-02009** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDEN, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### ORDER

Upon consideration of the Government's Response to the Petition for Writ of Habeas Corpus [ECF No. 12], it appears that on December 16, 2025, the immigration court found that Petitioner was removable under INA § 212(a)(6)(A)(i) and granted her voluntary departure from the United States pursuant to INA § 240B(b). When the order of removal became administratively final (with both parties waiving their right to appeal), the Petition for Writ of Habeas Corpus [ECF No. 1] requesting a bond hearing and/or release pursuant to 8 U.S.C. § 1226 was rendered moot. Having received no reply from Petitioner,

IT IS HEREBY ORDERED that this action is DISMISSED in its entirety.

THUS DONE in Chambers on this 11th day of February, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE